UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAT STEVEN PERRIN,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No. 2:13-CV-0397-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 19. Attorney Jeffrey Schwab represents Plaintiff; Special Assistant United States Attorney Catherine Escobar represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 5. After considering the file, and proposed order, **IT IS ORDERED:**

1. The parties' Stipulated Motion For Remand, **ECF No. 19**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) shall hold a new hearing and: (1) reevaluate and further develop the medical opinions of record, including the opinions of treating physician, Thomas L. Dillon, M.D., and examining physician, Daniel A. Brzusek, D.O.; (2) further evaluate Plaintiff's residual

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

1  functional capacity, with specific reference to the opinion evidence of record in
2  support of the assessed limitations, and clearly articulate the weight accorded such
3  evidence; (3) reassess Plaintiff's credibility; and (4) reevaluate steps four and five
4  of the sequential evaluation process with the assistance of a vocational expert.  The
5  ALJ will take any other actions necessary to develop the record, and Plaintiff may
6  submit additional evidence and arguments to the ALJ.

   2.   Judgment shall be entered for **PLAINTIFF**.

   3.   Plaintiff's Motion for Summary Judgment, **ECF No. 15**, is **STRICKEN AS MOOT**.

   4.   An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED August 28, 2014.



_____
                    JOHN T. RODGERS
           UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2